USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAYMUNDO MUNIZ, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action*,

                  Plaintiff,

      v.

BRIAN SAHD and BANANA KELLY COMMUNITY IMPROVEMENT ASSOCIATION, INC.,

                  Defendants.

No. 22-cv-10876 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      Plaintiff filed a complaint in this action on December 26, 2022.  On December 27 and 28, 2022, docket entry errors were noted on the docket regarding deficiencies in the pleading.  No later than February 24, 2023, Plaintiff is directed to properly refile his complaint to resolve the docket entry errors so that this case may proceed.

SO ORDERED.

Dated:    February 17, 2023
           New York, New York

                             Ronnie Abrams
                             United States District Judge