UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Raymundo Muniz, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                                  *Plaintiff,*

- *against* -

Brian Sahd, and Banana Kelly Community Improvement Association, Inc.,

                                  *Defendants.*
-----------------------------------------------------------------X

Case No.: 1:22-cv-10876

**~~PROPOSED~~ JUDGMENT**

On March 18, 2024, Plaintiff Raymundo Muniz (the "Plaintiff") filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED that the Plaintiff has judgment against Defendant Banana Kelly Community Improvement Association, Inc. ("Banana Kelly") in the amount of Fifteen Thousand Dollars and Zero Cents ($15,000.00) (the "Judgment Amount") which is inclusive of attorneys' fees and costs and any other fees, costs, and/or disbursements.

This judgment is intended to resolve, in full satisfaction, all of Plaintiff's claims as alleged or which could have been alleged in the Complaint pertaining to this Action, including any damages Plaintiff's asserted or could have asserted in this Action, including but not limited to, any claims Plaintiff's may have for monetary damages, backpay, front pay, liquidated damages, penalties, and any fees, costs, and/or reasonable attorneys' fees.

Dated:  March 29, 2024

                                              **SO ORDERED.**

                                              _____
                                              Hon. Ronnie Abrams
                                              United States District Judge